1000

No. 495, Misc.    THOMAS v. CALIFORNIA.    Supreme Court of California.  Certiorari denied.

No. 498, Misc.    PICKING ET AL. v. PENNSYLVANIA RAILROAD CO. ET AL.   C. A. 3d Cir.   Certiorari denied.  Petitioners *pro se.  Robert E. Woodside,* Attorney General of Pennsylvania, and *H. F. Stambaugh* for James et al.; and *James A. Strite* for Kell et al., respondents.

No. 500, Misc.    JORDAN v. RAGEN, WARDEN.    Supreme Court of Illinois.  Certiorari denied.

No. 503, Misc.    LAUGHTON v. CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  Supreme Court of Washington.  Certiorari denied.

No. 510, Misc.    UNITED STATES EX REL. WELLS v. RAGEN, WARDEN.  Circuit Court of Madison County, Illinois. Certiorari denied.

No. 514, Misc.    COLLIE v. HEINZE, WARDEN.    Supreme Court of California.  Certiorari denied.

No. 515, Misc.    BARNETT v. DOERFLER, SHERIFF.   Supreme Court of Illinois.  Certiorari denied.

No. 518, Misc.    LUKE v. WASHINGTON.   Supreme Court of Washington.  Certiorari denied.

No. 520, Misc.    KELLS v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM.   Court of Criminal Appeals of Texas.  Certiorari denied.

No. 521, Misc.    LEE v. KINDELAN, WARDEN.   Supreme Court of Rhode Island.  Certiorari denied.